**Abraham J. HALPRIN, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 132.**

Circuit Court of Appeals, Second Circuit.

March 28, 1946.

Abraham J. Halprin, of New York City, pro se (Bernard Rothman, of New York City, of counsel).

Harry Baum, of Washington, D. C., Sewall Key, Acting Asst. Atty. Gen., and Robert N. Anderson, Sp. Asst. to Atty. Gen., for respondent.

Before L. HAND, SWAN, and PHILLIPS, Circuit Judges.

PER CURIAM.

Affirmed on the authority of Paymer v. Commissioner, 2 Cir., 150 F.2d 334.

**NATIONAL LABOR RELATIONS BOARD. Petitioner, v. CHENEY CALIFORNIA LUMBER COMPANY, Respondent.**

**No. 11148.**

Circuit Court of Appeals, Ninth Circuit.

April 2, 1946.

David A. Morse, Gen. Counsel, A. Norman Somer, Asst. Gen. Counsel, Dominick L. Manoli and Armin Uhler, Attys., NLRB, all of Washington, D. C., and John Jennings, Regional Atty., NLRB, of San Francisco, Cal., for petitioner.

No appearances were entered on behalf of respondent.

Before DENMAN, HEALY, and BONE, Circuit Judges.

PER CURIAM.

The Board petitions for enforcement of an order against respondent. Respondent was duly served and has not appeared. Its default is ordered and entered and, on motion of the Board, we order a decree entered for the enforcement of the Board's order.